Gekoski *v.* D'Alonzo, Appellant.

Argued March 22, 1976. *Eric A. Weiss*, with him *Frank A. Bedford, III*, and *Liebert, Short, Fitzpatrick & Lavin*, for appellant; *Charles Jay Bogdanoff*, with him *Gekoski & Bogdanoff*, for appellee.

Order affirmed.

Gichner Mobile Systems *v.* Therm-Air Manufacturing Company, Inc., Appellant.

Argued March 8, 1976. *E. Nelson Read*, for appellant; *Lawrence V. Young*, with him *Donald L. Reihart*, and *Laucks & Monroe*, for appellee.

Judgment affirmed.